# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
    v. ) CR NO: 2:09-cr-257 KJM
     )
HENRY MOPIE WILKERSON

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    ☒ Ad Prosequendum     ☐ Ad Testificandum.

Name of Detainee: **HENRY MOPIE WILKERSON**

Detained at (custodian): **Deuel Vocational Institution (DVI)**

Detainee is:   a.)   ☒ charged in this district by:
    ☒ Indictment     ☐ Information     ☐ Complaint
    Charging Detainee With: **Felon in Possession of Ammunition**

or   b.)   ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:  a.)   ☒ return to the custody of detaining facility upon termination of proceedings
or   b.)   ☐ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary FORTHWITH in the Eastern District of California.*

Signature: /s/ William S. Wong
Printed Name & Phone No: **WILLIAM S. WONG - (916) 554-2790**
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS
    ☒ Ad Prosequendum     ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, *FORTHWITH*, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

/s/ Gregory G. Hollows
Date   August 2, 2011                           United States District/Magistrate Judge

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | NA | Male ☒ | Female ☐ |
| Booking or CDC #: | F65795 | DOB: | |
| Facility Address: | 23500 Kasson Road | Race: | |
| | Tracy, CA 95376 | FBI #: | |
| Facility Phone: | (209) 835-4141 | | |
| Currently Incarcerated For: | Assault with a deadly weapon and/or attempted murder | | |

---

**RETURN OF SERVICE**

Executed on _____ by _____              _____
                                                                                                  (Signature)