1  LAW OFFICES OF CHRIS COSCA
   Chris Cosca    CA SBN 144546
2  1007 7th Street, Suite 210
   Sacramento, CA 95814
3  (916) 440-1010

4  Attorney for Defendant
   HENRY MOPIE WILKERSON
5

6                    UNITED STATES DISTRICT COURT

7              IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

8

9  UNITED STATES OF AMERICA,        )  Case No.:  2:09-cr-00257 KJM
                                    )
10         Plaintiff,                )  **STIPULATION AND ORDER TO**
                                    )  **CONTINUE STATUS CONFERENCE**
11     vs.                           )
                                    )
12  HENRY MOPIE WILKERSON,           )
                                    )
13                                   )
           Defendant.                )
14  _____

15

16                              **Stipulation**

17      The parties, through their undersigned counsel, stipulate that the status conference

18  scheduled for August 25, 2011 may be continued to September 15, 2011. Additional time is

19  necessary for counsel to review and analyze discovery, conduct investigation and fully assess

20  potential options in this matter. The parties also agree that time may be excluded from the speedy

21  trial calculation under the Speedy Trial Act for counsel preparation, pursuant to 18 U.S.C. §

22  3161 (h) (7) (B) (iv) and Local Code T4. It is further agreed and stipulated that the ends of

23  justice served in granting this request outweigh the best interests of the public and the defendant

24  in a speedy trial.

25  ///

The prosecutor has authorized Chris Cosca to sign this stipulation on his behalf.

DATED:  August 23, 2011           by:     /s/ Chris Cosca
                                          CHRIS COSCA
                                          Attorney for Defendant
                                          HENRY MOPIE WILKERSON


DATED:  August 23, 2011           by:     /s/ William Wong
                                          WILLIAM S. WONG
                                          Assistant U. S. Attorney


## ORDER

**IT IS HEREBY ORDERED:** The status conference scheduled for August 25, 2011 is continued to September 15, 2011 at 10:00 a.m.

Time is excluded from the speedy trial calculation pursuant to 18 U.S.C. § 3161(h) (7) (B) (iv) and Local Code T4. The Court finds that a continuance is necessary to give the defendants reasonable time to prepare in this matter. The Court further finds that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

DATED:   August 23, 2011.

_____
UNITED STATES DISTRICT JUDGE